212 F.2d 439
 HOXSEY CANCER CLINIC, a Partnership, and Harry M. Hoxsey, an
Individual, Appellants,
v.
UNITED STATES of America, Appellee.
 No. 14870.
 United States Court of Appeals,
Fifth Circuit.
 May 14, 1954.
 
 Appeal from the United States District Court for the Northern District of Texas; Wm. H. Atwell, Chief Judge.
 Lee Williams, Oklahoma City, Okl., James H. Martin, Dallas, Tex., Gene Bailey, Dallas, Tex., for appellants.
 William O. Braecklein, Asst. U.S. Atty., Dallas, Tex., John T. Grigsby, Atty., Dept. of Justice, William W. Goodrich, Asst. Gen. Counsel, Washington, D.C., Dept. of Health Welfare, Warren Olney III, Asst. Atty. Gen., Heard L. Floore, U.S. Atty., Fort Worth, Tex., Selma M. Levine, Attorney Department of Health, Education, and Welfare, Washington, D.C., of counsel, for appellee.
 Before HUTCHESON, Chief Judge, HOLMES, Circuit Judge, and WRIGHT, District Judge.
 PER CURIAM.
 
 
 1
 The appeal is dismissed on the authority of Amalgamated Ass'n, etc. v. Southern Bus Lines, 5 Cir., 201 F.2d 53, and cases cited in it.